**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WCP Solar Services LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0955174** |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1057 Shore Rd** <br> **Naperville, IL 60563** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)   _____

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **WCP Solar Services LLC**                                   Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| Debtor | **WCP Solar Services LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

Contact name

Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **WCP Solar Services LLC**
Name   Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **WCP Solar Services LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  1, 2022**
MM / DD / YYYY

**X** **/s/ Everton Walters**
Signature of authorized representative of debtor

**Everton Walters**
Printed name

Title _____

---

**18. Signature of attorney**

**X** **/s/ Paul M. Bach**
Signature of attorney for debtor

Date    **July  1, 2022**
MM / DD / YYYY

**Paul M. Bach**
Printed name

**Bach Law Offices, Inc.**
Firm name

**P.O. Box 1285**
**Northbrook, IL 60065**
Number, Street, City, State & ZIP Code

Contact phone    **(847) 564-0808**    Email address    **pnbach@bachoffices.com**

**06209530 IL**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **WCP Solar Services LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chat Partners LLC 1151 West Ardmore Ave Itasca, IL 60143** | | | | | | $120,632.63 |
| **City Electric Supply 1715 Crescent Lake Dr Montgomery, IL 60538** | | | | | | $143,779.99 |
| **Euler Hermes North America Insuranc c/o Stein & Rotman 645 Landwehr Rd Northbrook, IL 60062** | | | | | | $217,379.69 |
| **Everton Walters 5 Royal Oaks Ct Bristol, CT 06230** | | | | | | $493,430.02 |
| **Great American Insruance Company c/o Law Offices of T. Scott Leo PC 100 N. LaSalle St, Suite 514 Chicago, IL 60602** | | | | | | $138,100.85 |
| **Ice Associates, LLC 1500 Abbott Court Buffalo Grove, IL 60089** | | | | | | $66,407.00 |
| **Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794** | | | | | | $126,420.61 |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | | | | | $192,190.09 |

| Debtor | WCP Solar Services LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lakeside Bank 165 S. York St Elmhurst, IL 60126 | | PPP Loan | | | | $180,952.04 |
| Leila Walters 5 Royal Oaks Ct Bristol, IL 60512 | | | | | | $165,625.60 |
| Leila Walters 5 Royal Oaks Ct Bristol, IL 60512 | | | | | | $69,992.04 |
| Leila Walters 5 Royal Oaks Ct Bristol, IL 60512 | | Credit Card Balance | | | | $80,024.57 |
| Midwest Directional Drilling 375 Honoegah Rd Rockton, IL 61072 | | | | | | $62,940.00 |
| Rainy Investments, LLC 197 Wrenwood Circle Elgin, IL 60124 | | | | | | $74,545.69 |
| Saul Ewing Arnstien & Lehr 161 N Clark, Suite 4200 Chicago, IL 60601 | | | | | | $140,368.94 |
| Solar Flex Rack 3207 Innovation Pl Youngstown, OH 44509 | | | | | | $80,040.34 |
| Steiner Electric Company 6900 Rock Vallet Pkwy Loves Park, IL 61111-8620 | | | | | | $61,318.56 |
| Strutz Excavating Inc 3837 Fosterburg Rd Alton, IL 62002 | | | | | | $62,800.00 |
| Sunbelt Rentals, Inc PO Box 409211 Atlanta, GA 30384-9211 | | 2021 L 000496 | | | | $129,429.23 |
| Therafin Corporation 9450 W Laraway Rd Frankfort, IL 60423 | | | | | | $122,760.71 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Wcp Solar Services LLC** _____ Case No. _____
Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .............................. $ **$425.00/hr**

Prior to the filing of this statement I have received .............................. $ **10,000.00**

Balance Due .............................. $ **$425.00/hr**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  1, 2022** _____   /s/ Paul M. Bach
_Date_   **Paul M. Bach 06209530**
_Signature of Attorney_
**Bach Law Offices, Inc.**
**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808  Fax: (847) 564-0985**
**pnbach@bachoffices.com**
_Name of law firm_



## Chapter 11 Retainer Agreement

Dated: 6/15/2022

WCP Solar Services, Inc.

Re: *Chapter 11 Bankruptcy Representation*

Dear Sir/Madam:

*Bach Law Offices, Inc.* ("We" or the "Firm") is honored that you have selected us to represent WCP Solar Services, Inc. ("Client") as insolvency and bankruptcy counsel. Our objective is to provide high quality legal services to WCP Solar Services, Inc. at a fair and reasonable cost. This letter ("Agreement") outlines the basis upon which we will provide legal services to WCP Solar Services, Inc., and confirms our understanding with respect to payment of legal fees, costs and expenses incurred with such representation. We apologize for the formality of this agreement, but we believe that it is important for you to have a clear understanding of our policies regarding legal fees and costs from the beginning of our relationship. Moreover, many of the provisions of this letter are required or recommended by the Illinois State Bar and the Illinois Rules of Professional Responsibility.

**1. Scope of Services; Client Duties**. WCP Solar Services, Inc. is hiring us as attorneys to represent it as bankruptcy counsel in a Chapter 11 case. We will keep you informed of the progress of the case and will be available to you to answer any questions you might have. If at any time you determine that WCP Solar Services, Inc. needs to file a Chapter 7 bankruptcy case instead of the Chapter 11 case, the parties will need to execute a new fee agreement setting forth the terms of such representation. If you elect to convert the Chapter 11 case to a Chapter 7 case, then we shall be under no duty to prepare and file the necessary court papers until the new fee agreement has been signed and the agreed upon fees paid.

**2. Assumptions under this agreement**.
a. You have provided all requested information.
b. You have provided complete and accurate information.

c. Your circumstances, especially your current monthly income (as defined by the Bankruptcy Code) does not substantially change prior to the filing of the case.
d. You will provide all requested documents within 15 days of the date of this Agreement.

**3. Retainer**. For us to begin our representation, you agree to forward a retainer in the total amount $11,738.00. The total $11,738.00 of the retainer is due prior to the Chapter 11 being filed. This retainer will be deposited in our attorney business account but we may use these

**Bach Law Office • 555 Skokie Boulevard, Suite 250, Northbrook, IL 60062**



funds, up to the full $11,738.00 to pay our fees and costs, subject to Court approval of any fees or costs incurred after your case is filed. Under the 2007 Illinois Supreme Court case of Dowling v. Chicago Options Assoc., Inc. we are required to make certain disclosures to you about the retainer you would be paying pursuant to the above paragraph. The retainer is called an "Advanced Payment" Retainer. The Advance Payment Retainer means that the payments made by Client to Attorney are present payment to us in exchange for our commitment to provide legal services to you in the future. The fees paid by the Client will be deposited in our business account and not in our trust account. This means that we own the fees immediately upon payment. If our representation of Client ends before the retainer is exhausted, the retainer is subject to refund to you pursuant to the Illinois Rule of Professional Conduct.

Any unused portion of the retainer at the conclusion of our representation will be refunded to WCP Solar Services, Inc. or the party who advanced it.

**4. Legal Fees and Billing Practices**. Professional fees charged reflect a number of factors, including the number of attorney hours incurred, the relative experience of the attorney(s) performing the services, the difficulty of the matter, and the results obtained for the client. Our professional fees are determined by multiplying the actual number of hours incurred by the hourly billing rate. From time to time, our hourly billing rates will change. We will notify you of any changes in the firm's hourly rate structure. Our minimum billing unit is one-tenth of an hour, and services will be recorded and billed in tenths of an hour increments.

We will charge WCP Solar Services, Inc. for all activities undertaken in providing legal services to WCP Solar Services, Inc. under this Agreement, including but not limited to the following: conferences, including preparation and participation; preparation and review of correspondence, email and other documents; legal research and analysis; court and other appearances, including preparation and participation; and communications, including email, telephone, facsimile, in-person and other communications with you, other attorneys or persons involved with this matter, governmental agencies and any other party or person contact with whom is advisable for our representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended.

If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more personnel at the meeting, hearing or proceeding. We charge for waiting and portal-to-portal travel time, both local and out of town.

Currently our hourly rates range from $125.00 per hour for paralegals/legal assistants to $425.00 for lawyers. WCP Solar Services, Inc. agrees to pay our fees and costs based upon our then prevailing hourly rates and charges at the time the services are rendered.
You hereby authorize the secure destruction of your file seven years after it is closed, and agree that we shall have no liability for destroying any records, documents, or exhibits still in our



possession at the end of five years. All future work for WCP Solar Services, Inc. in other matters will be handled in accordance with this Agreement at our regular hourly rates unless otherwise agreed upon.

**5. Costs and Other Charges**. We will incur various costs and expenses in the normal course of performing legal services under this Agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computer legal research, messenger and other delivery services, postage, parking and other local travel expenses, telecopying, photocopying and other reproduction costs. You agree to pay transportation, meals, lodging and all other costs of any necessary travel by our personnel. WCP Solar Services, Inc. will be charged the hourly rates for the time we spend traveling, both local and out of town. WCP Solar Services, Inc. also agrees to pay for charges such as expert witness fees, title insurance fees, consultant and investigator fees, and the like. Photocopying is currently billed at $0.05 per page, and motor travel at IRS standards. The Chapter 11 filing fee is $1,738.00, which will be paid as part of the initial retainer. The firm reserves the right to require that certain costs, such as travel expenses, expert witness fees and deposition transcripts, be paid in advance directly by the client, or be paid into escrow before such costs are incurred.

**6. Billing Statements**. Once your case has been filed, we will file a motion in the Bankruptcy Court for approval of our fees for services based on time and expenses up until the date of filing the Motion. We will always send you a copy of this motion with a detailed itemization of all fees and costs incurred and the basis for the fees and costs.

Upon Court approval of these fees, we will send you an itemized statement indicating fees and costs incurred and their basis, any amounts applied from the retainer, and any current balance owed, as well as any deductions requested by the Court if any. This billing statement will list the professionals who worked on your matter for that billing period with their hourly billing rates.

Should you have any questions concerning any statement, we encourage you to discuss them with us prior to the Court date listed on the Motion for Fees so that we may have an opportunity to resolve any misunderstandings in a mutually agreeable manner.

Any fees or costs due after application of your retainer, as determined by the Court and after approval of a fee application and notice to you, must be paid promptly.

Payment of fees and costs shall be made upon receipt of orders approving fees (or, after confirmation of your plan, upon receipt of invoices therefore), with payment received in our office no later than 5 days after the date of the order or invoice.

**7. Chapter 11 Filing.** The ultimate fees to be awarded the Firm for its representation of WCP Solar Services, Inc. in the Chapter 11 case must be approved by the Bankruptcy Court. Interim applications for compensation and reimbursement of expenses will be filed by the Firm



with the Bankruptcy Court to obtain authorization for further payment. Generally, interim applications are made on a quarterly basis, but may be submitted more often. WCP Solar Services, Inc. agrees to pay any award of compensation upon the entry of a Court order authorizing such award. WCP Solar Services, Inc. agrees that you shall perform fully and conscientiously all the duties of a Debtor and Debtor-in-Possession under the Bankruptcy Code, and shall timely comply with all reasonable requests for information or reports by the U.S. Trustee, any Creditor's Committee, and the Firm. These duties may include, but are not limited to, gathering and reviewing all of the information necessary for filing a complete and accurate list of all assets, creditors, budget, a schedule of executory contracts and unexpired leases, the Statement of Financial Affairs, and the Statement of Current Income and Expenses. You acknowledge having received a Questionnaire assisting the Firm in completing such documents, and agrees to timely, completely, and accurately complete the Questionnaire.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

Some debts, such as student loans, domestic support obligations (alimony, child support arrearages, etc.) and certain taxes, may not be dischargeable in your case. Liens, such as security interests, homeowner's liens and mortgages, may not released upon your confirmation, and you may need to make arrangements for the payment of such debts or surrender the property securing them after the conclusion of your case. Post-petition/pre-foreclosure homeowner's and condominium association charges are not discharged. You have been advised to close or draw down any financial account at an entity to which you owe or may owe money.

You authorize us to obtain information about your assets, credit (including credit reports), taxes, debts, income, expenses and other public and non-public information that may be used to verify and ensure the completeness of the information you provide to us. Such information may not be comprehensive or complete. It is obtained for background information and to aid our verification only. We will prepare your bankruptcy filings based upon information supplied by you. We will rely upon this information as being true, accurate, complete and correct. It is your responsibility to disclose your ownership or interest in and prior ownership or interest in all assets, regardless of value, and all debts and claims, regardless of amount. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally important that the information included in the bankruptcy schedules be complete and correct to avoid any problems. You will review all documents filed as part of your bankruptcy case, and your signature on those documents signifies that you have read and understood them, and agree

**Bach Law Office • 555 Skokie Boulevard, Suite 250, Northbrook, IL 60062**

Penelope N. Bach • pnbach@bachoffices.com

Paul M. Bach • paul@bachoffices.com

BACH LAW OFFICES, INC.

with their contents. In cases of joint representation of spouses, communication with one spouse will be deemed communication with both spouses. We may disclose to both spouses any facts disclosed by either spouse.

You must preserve all records and documents related in any way to this matter, including all electronic documents and data. After your case is filed, unless otherwise instructed by this office, you must pay all taxes incurred after the date of filing (and file all necessary tax returns), maintain any required insurance, file all required monthly reports, pay quarterly U.S. Trustee fees and any adequate protection payments, and make all payments called for under your plan, once confirmed. Failure to do so may result in dismissal or conversion of your bankruptcy or sale of your property.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

**8. Discharge and Withdrawal.** You may discharge us at any time and we may withdraw from your representation after approval by the Court. Reasons for our withdrawal may include, but are not limited to, your breach of this Agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter, or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

Upon cessation of our active involvement in any particular matter, even if we continue to represent you in other matters, we will have no duty to inform you of future developments, deadlines or changes in the law.

**9. Disclaimer of Guarantee;** Risks. Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any matter that we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only. There are risks in filing for bankruptcy, including the possible liquidation or loss of property. You also understand that the bankruptcy law is subject to different interpretations and that there are inherent risks in how Courts will apply various provisions. In a Chapter 11 you cannot dismiss your case without prior Court approval, and the case can be converted to Chapter 7 without your approval. Since approval of a Chapter 11 plan requires the consent of creditors, no guarantees or representations are made as to whether such approval will or can be obtained.

**10. Entire Agreement.** This letter contains all of the terms of the agreement between us applicable to our representation and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our




representation hereunder, except as expressly set forth in this Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation hereunder.

**11. Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this Agreement and returning it to us along with your retainer amount stated above. The representation covered by this Agreement commences only upon the receipt by this office of such items.

If you have any questions concerning the provisions of this Agreement, please do not hesitate to call me. We look forward to working with you.

Very Truly Yours,

UNDERSTOOD AND AGREED TO:

6/16/22
Date

DR GVERTON WACTERS
PRESIDENT
WCP SOCAL

# United States Bankruptcy Court
## Northern District of Illinois

In re    **WCP Solar Services LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **124**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July  1, 2022**

**/s/ Everton Walters**
**Everton Walters**/
Signer/Title

24-Hour Worship, Inc.
1057 Shore Rd
Naperville, IL 60563


ADP, LLC
PO Box 842875
Boston, MA 02284-2875


Amur Equipment Finance
PO Box 2555
304 W. 3rd St
Grand Island, NE 68801


Anupam Awasthi
2523 Brookstone Ct
Aurora, IL 60502


Arthur J. Gallagher Risk Management
39735 Treasury Center
Chicago, IL 60694-9700


Arwood Waste Team
16144 N. Main St
Jacksonville, FL 32118


Ascentium Capital
23970 US Highway 59 North
Kingwood, TX 77339


Bala Swaminathan
1401 Greenlake Dr
Aurora, IL 60502


BCBS of Illinois
PO Bix 650615
Dallas, TX 75265-0615


Beacon Funding Corp.
28 Lord Rd
Marlborough, MA 01752


Beacon Sales Acquisitions
c/o Teller Levit & Silvertrust, PC
19 S. LaSalle St, Suite 701
Chicago, IL 60603

Big John Portable Toilets
PO Box 5
Oregon, IL 61061


Brian Gravenhorst
3167 Savannah Dr
Aurora, IL 60502


Brian Ledebuhr
Vedder Price, P.C.
222 N. LaSalle St, Suite 2300
Chicago, IL 60601


Bryan Kinser Enterprises, Inc.
31W625 Smith Rd
West Chicago, IL 60185


Chat Partners LLC
1151 West Ardmore Ave
Itasca, IL 60143


Chilakamarri Yeshwabt, MD
27 Lakeside Dr
South Barrington, IL 60010-5331


City Electric Supply
1715 Crescent Lake Dr
Montgomery, IL 60538


City of Chicago Heights
1601 Chicago Road
Chicago Heights, IL 60411


City of Naperville
400 S. Eagle St
Naperville, IL 60540


Civic Solar, Inc.
304 12th ST
Oakland, CA 94607


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Commonweath Edison
PO Box 6111
Carol Stream, IL 60197


Daniel Thompson
627 1st St
Apt. 1/2
La Salle, IL 61301


David S Wayne
Saul EWing Arnstein & Lehr LLP
161 N. Clark St, Suite 4200
Chicago, IL 60601


Eaton
PO Box 93531
Chicago, IL 60675-3531


Electrical Insurance Trustees
75 Remittance Dr, Suite 1615
Chicago, IL 60675-1615


Elston Material, LLC
1420 N. Elston Ave
Chicago, IL 60642


Emergent Safety Supply
1055 Kingsland Dr
Batavia, IL 60510


Equipment Depot
4414 11th St
Rockford, IL 61109


Espo Engineering Corporation
855 Midway Dr
Willowbrook, IL 60527-5549


Euler Hermes North America Insuranc
c/o Stein & Rotman
645 Landwehr Rd
Northbrook, IL 60062

Everton Walters
5 Royal Oaks Ct
Bristol, CT 06230


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


Forston Construction LLC
399 County Road 800 E
Norris City, IL 62869


Fredrick L. Ludwig
9666 Olive Blvd, Suite 202
Saint Louis, MO 63132


GoodHire Inflection Risk Solutions
555 Twin Dolphin Dr, #630
Redwood City, CA 94065


Graybar Electrical Company Inc
12431 Collection Center Dr
Chicago, IL 60693-0124


Great American Insruance Company
c/o Law Offices of T. Scott Leo PC
100 N. LaSalle St, Suite 514
Chicago, IL 60602


Great Western Flooring
1051 Frontenac Rd
Naperville, IL 60563


Groot, Inc
PO Box 535233
Pittsburgh, PA 15253-5233


Haas Construction
3025 Weldon Rd
Fairfax, VA 22030


Homewood Disposal Service
1501 W 175th St
Homewood, IL 60430

IBEW Local 150
PO Box 7126
Carol Stream, IL 60197-7126


Ice Associates, LLC
1500 Abbott Court
Buffalo Grove, IL 60089


Illinois Department of Employ Sec
P.O. Box 19300
Springfield, IL 62794


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jeanne Novas, MD
5 Quincy Circle
South Barrington, IL 60010


Jhunnelle Walters
5 Royal Oaks Ct
Bristol, IL 60512


Jolianne Walters
6S631 Avon Ct
Naperville, IL 60540


Kansal Enterprises
3840 Wanda Road
Edwardsville, IL 62025


Ken Vojtil
626 Pimklico St
Oswego, IL 60543


Kenneth Vojtik
626 Pimlico St
Oswego, IL 60543

Lakeside Bank
165 S. York St
Elmhurst, IL 60126


Lal Jacob
808 Magnolia Dr
North Aurora, IL 60542


Leila Walters
5 Royal Oaks Ct
Bristol, IL 60512


Liberty Mutual Insurance
PO Box 91012
Chicago, IL 60680


Liberty Propane
15680 Canal Bank Road
PO Box 458
Lemont, IL 60439-0458


Litgen Concrete Cutting & Coring
1020 Nerge Road
Elk Grove Village, IL 60007


Long Haul Leasing, LLC
11776 Woodland Hills Rd
Marion, IL 62959


LSSI
200 N. Island Ave
Batavia, IL 60510


Maddox Industrial Transformer
2018 W. Butler Rd, Ste 123
Mauldin, SC 29662


Midwest Directional Drilling
375 Honoegah Rd
Rockton, IL 61072


Morin Auto Group
2108 W. Ferry Rd
Naperville, IL 60563

MRW Truck Repair, Inc
31 West 622 Schiger Rd
Naperville, IL 60564

National Construction Rentals
PO Box 841461
Los Angeles, CA 90084-1461

National Roofing Partners
621 E. State Hwy 121 South, Suite 4
Coppell, TX 75019

NECA IBEW Local 364
4864 Colt Rd
Rockford, IL 61109

NECA-IBEW Pension Benefit Trust Fun
c/o Schuchat Cook & Werner
555 Washington Ave, Suite 520
Saint Louis, MO 63101

Nicor
P.O. Box 5407
Carol Stream, IL 60197

Patrick N Ryan
Baum Sigman Auerbach & Neuman
200 W. Adams St, Ste 2200
Chicago, IL 60606-5231

Paul Christensen
63 Paddock St
Montgomery, IL 60538

Portable Water Closet
300 E. Davis St
Saint Louis, MO 63111

Prowaste Incorporated
5300 McDermott Dr, Unit C
Berkeley, IL 60163

Quench USA, Inc.
PO Box 735777
Dallas, TX 75373-5777

Rainy Investments, LLC
197 Wrenwood Circle
Elgin, IL 60124


Raleigh Ready Mix
PO Box 218
Raleigh, IL 62977


Receiving Trust for Deliquencies
5753 Elizabeth Ave
Saint Louis, MO 63110


Reinhart Boermer Van Deuren SC
1000 N. Water Street, Ste 1700
Milwaukee, WI 53202


Reinhold Electric Inc
2511 Lemay Ferry Rd
Saint Louis, MO 63125


Revere Electric Supply
8218 Solutions Center
Chicago, IL 60677-8002


Richard A. Stockenberg
3636 S Geyer Rd, Suite 100
Saint Louis, MO 63127


Rock Rover Disposal Service Inc
4002 S. Main St
Rockford, IL 61102


Rock Valley Concrete Cutting LLC
1553 S. Meridian Rd
Rockford, IL 61102


Rock Valley Fence and Deck
7975 Forest Hills Rd
Loves Park, IL 61111


RSM Geospatial Inc
316 N. Main, Suite A
Edwardsville, IL 62025

Safety Supply Illinois LLC
c/o MIchael J Hoscheit
1001 E. Main St, Suite G
Saint Charles, IL 60174


Satellite Shelters, Inc.
2771 S. Frontage Rd
Channahon, IL 60410


Saul Ewing Arnstien & Lehr
161 N Clark, Suite 4200
Chicago, IL 60601


Schomburg & Schomburg Construction
823 N Collet St
Danville, IL 61832


Seton
PO Box 458
2491 Wehrie Dr
Williamsville, NY 14221


Shandong Properties LLC
1053-57 Shore Rd
Naperville, IL 60563


Shawnee Professional Services
PO Box 125
Vienna, IL 62995-0125


Simplified Safety Inc
803 West Ave
Suite 128
Rochester, NY 14611


Siva Sivananthan, MD
1416 Dunrobin Rd
Naperville, IL 60540


Solar Flex Rack
3207 Innovation Pl
Youngstown, OH 44509

Solectric
1936 S 49th Ave
Cicero, IL 60804

Solomon & Leadley
PO Box 5923
Aurora, IL 60507

Spark Maids LLC
25W576 Burlington Ave
Naperville, IL 60563

Springfield Electric Supply
PO Box 4106
Springfield, IL 62708-4106

St Louis Testing Laboratories Inc
2810 Clark Ave
Saint Louis, MO 63103

Steiner Electric Company
6900 Rock Vallet Pkwy
Loves Park, IL 61111-8620

Structural Enginuity Inc
1815 W. Diehl Rd, Suote 100
Naperville, IL 60563

Strutz Excavating Inc
3837 Fosterburg Rd
Alton, IL 62002

Sunbelt Rentals, Inc
PO Box 409211
Atlanta, GA 30384-9211

Teller, Levit and Silvertrust
19 S. LaSalle St, Suite 701
Chicago, IL 60603

Testing Service Corporation
360 S. Main Pl
Carol Stream, IL 60188

The Horton Group, Inc.
PO Box 87618
Chicago, IL 60680-0618


The Law Offices of Richard K. Helle
200 N. LaSalle St, Suite 2150
Chicago, IL 60601


Therafin Corporation
9450 W Laraway Rd
Frankfort, IL 60423


Timothy R. Herman
Clark Hill
130 E Randolph St, Suite 3900
Chicago, IL 60601


Total Energy Systems, LLC
200 W, Washington St, Suite 305
Green Bay, WI 54301


Uusco of Illinois
395 Industrial Dr
Units A&B
West Chicago, IL 60185


Verizon Wireless
PO Box 489
Newark, NJ 07101-0489


Vintech Systems, Inc
3725 N Western Ave
Chicago, IL 60618


W. Matthew Bryan
Saul Ewing Arnstein & Lehr LLP
161 N Clark St, Suite 4200
Chicago, IL 60601


Waste Connections of Missouri
PO Box 679859
Dallas, TX 75267-9859

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

WCP Realty LLC
1057 Shore Rd
Naperville, IL 60563

Weiss Law Care Inc
165 Easy Street
Carol Stream, IL 60188

Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

Williams Scotsman Inc
PO Box 91975
Chicago, IL 60693-1975

Xerox Corproation
PO Box 802555
Chicago, IL 60680-2555

# United States Bankruptcy Court
## Northern District of Illinois

In re    **WCP Solar Services LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **WCP Solar Services LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  1, 2022**

Date

**/s/ Paul M. Bach**

**Paul M. Bach**

Signature of Attorney or Litigant

Counsel for    **WCP Solar Services LLC**

**Bach Law Offices, Inc.**

**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808 Fax:(847) 564-0985**
**pnbach@bachoffices.com**