**Fill in this information to identify the case:**

Debtor Name  WCP Solar Services LLC

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 22-07424

☐ Check if this is an
amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

Month:  November 2022

Date report filed:  12/15/2022
MM / DD / YYYY

Line of business:  Solar EPC

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  President and CEO

Original signature of responsible party

Printed name of responsible party  Dr. Everton Walters

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____   Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ❑   ❑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑   ❑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

    *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

    *(Exhibit F)*

$ 7,564,361.90

## 5. Employees

26. What was the number of employees when the case was filed? _____

27. What is the number of employees as of the date of this monthly report? _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____

30. How much have you paid this month in other professional fees?    $ _____

31. How much have you paid in total other professional fees since filing the case?    $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____

36. Total projected cash disbursements for the next month:    − $ 1,103,487.00

37. Total projected net cash flow for the next month:    = $ -1,075,487.00

Debtor Name _____          Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# EXHIBIT A

Question 4        Did not pay Leila Walters, awaiting feedback from attorney and trustee on treatment of compensation for Leila and Everton.

Question 6        Q3 2022 Payroll Tax returns were timely filed but payments have not yet been made.

EXHIBIT B

| Explanation |
| --- |

Question 10    Chase Bank 6706 is a DIP account.

FNBO 0873 is a DIP account.

Bank of America accounts are Escrow accounts and have no activities, attorney advised to leave as is.

Lakeside Bank is the PPP Loan account and has no activity, awaiting feedback from attorney whether to close or use for a specific project.

Attorney advised to open a separate bank account for each project, as the need arise.

| EXHIBIT C | | | |
|---|---|---|---|
| | | | |
| Date Received | Payor | Purpose | Amount |
| 11/2/2022 | Acceptance and Delivery Inc. | Engineering fee for Arizona project | $ 14,000.00 |
| 11/14/2022 | Energativ Solutions LLC | Lighting project at One Way Ministries | $ 12,531.00 |
| | | | $ 26,531.00 |

| Date Paid | Payee | Purpose | Amount Paid |
|---|---|---|---|
| 11/1/2022 | Comcast | Phone and Internet for Sept 15- Oct 14, 2022 | $ 289.57 |
| 11/1/2022 | City of Naperville | Water bill for 8/22 to 9/21/22 | $ 72.27 |
| 11/1/2022 | Google Suite | Email services | $ 200.00 |
| 11/1/2022 | ComEd | 9/13 to 10/12/22 | $ 302.29 |
| 11/1/2022 | Chase Auto | 2014 Chevy Silverado Lease | $ 302.03 |
| 11/1/2022 | Energy Circle | Website hosting for November 2022 | $ 99.00 |
| 11/3/2022 | Chase Bank | Service charge for October 2022 | $ 95.00 |
| 11/3/2022 | HP Instant Ink | Office printer ink subscription | $ 20.18 |
| 11/4/2022 | Ferris Heyward | Payroll for 11/4/22 | $ 57.72 |
| 11/4/2022 | BCBS of Illinois | Health insurance for October 2022 | $ 1,989.77 |
| 11/4/2022 | Shandong Properties LLC | Office and Warehouse rent for November 2022 | $ 7,202.02 |
| 11/4/2022 | Kenneth Vojtik | Payroll for 11/4/22 | $ 1,961.87 |
| 11/7/2022 | BP | Gas | $ 45.18 |
| 11/10/2022 | Adobe | Monthly subscription | $ 58.43 |
| 11/10/2022 | Drop Box | Monthly subscription | $ 90.00 |
| 11/11/2022 | Pipedrive | Monthly subscription | $ 59.90 |
| 11/12/2022 | PlaceIt | Software | $ 89.69 |
| 11/12/2022 | The Home Depot | Materials for One Way Ministries | $ 82.52 |
| 11/13/2022 | Thorntons | Gas | $ 92.89 |
| 11/14/2022 | Shell | Gas | $ 100.00 |
| 11/15/2022 | Groot Inc. | 10/1 to 11/30/22 | $ 275.31 |
| 11/15/2022 | Comcast | Phone and Internet for Oct 15- Nov 14, 2022 | $ 299.36 |
| 11/16/2022 | ADP Payroll | 401k deduction for Kenneth Vojtik (10/21/22) | $ 161.54 |
| 11/16/2022 | Pedro Love Paramo Mascote | Materials and Labor for One Way Ministries project | $ 11,505.00 |
| 11/18/2022 | Kenneth Vojtik | Payroll for 11/18/22 | $ 1,961.87 |
| 11/18/2022 | AT&T | 10/18- 11/17/22 | $ 440.14 |
| 11/18/2022 | Auto Owners Insurance | Auto insurance | $ 1,461.11 |
| 11/21/2022 | Menards | Materials for One Way Ministries | $ 44.16 |
| 11/21/2022 | Guitar Center | Tools | $ 46.52 |
| 11/21/2022 | Intuit Quick Books | Accounting software | $ 279.69 |
| 11/22/2022 | Chase Bank | Bank charges | $ 33.00 |
| 11/22/2022 | Shell | Gas | $ 88.02 |
| 11/23/2022 | Menards | Materials for One Way Ministries | $ 112.17 |
| 11/25/2022 | The Home Depot | Materials for One Way Ministries | $ 203.54 |
| 11/25/2022 | Menards | Materials for One Way Ministries | $ 28.00 |
| 11/25/2022 | Adobe | Monthly subscription | $ 15.93 |
| 11/28/2022 | Shell | Gas | $ 94.10 |
| 11/28/2022 | The Home Depot | Materials for One Way Ministries | $ 151.16 |
| 11/30/2022 | Caseys | Gas | $ 50.16 |
| | | | $ 30,461.11 |

EXHIBIT E

| Date of Debt | Creditor | Purpose | Amount | Due date | Notes |
|---|---|---|---|---|---|
| 8/2/2022 | United States Treasury | Payroll taxes for Q2 2022 | $ 3,084.00 | 8/2/2022 | |
| 8/25/2022 | Hunt & Subach, Ltd | Legal fees for Euler Hermes | $ 472.50 | 8/25/2022 | applied against retainer |
| 10/31/2022 | United States Treasury | Payroll taxes for Q3 2022 | $ 13,904.48 | 10/31/2022 | |
| 10/31/2022 | Illinois Department of Revenue | Payroll taxes for Q3 2022 | $ 2,504.25 | 10/31/2022 | |
| 10/31/2022 | Illinois Department of Employment Security | Payroll taxes for Q3 2022 | $ 548.60 | 10/31/2022 | |
| 11/1/2022 | Violet Financial Solutions, Inc. | Preparation of 2021 Partnership Tax Returns | $ 1,000.00 | 11/1/2022 | Awaitng court approval |
| 11/1/2022 | Violet Financial Solutions, Inc. | Preparation of Q3 2022 Payroll Tax Returns | $ 200.00 | 11/1/2022 | Awaitng court approval |
| 11/10/2022 | Hunt & Subach, Ltd | Legal fees for Euler Hermes | $ 70.00 | 11/10/2022 | applied against retainer |
| 11/22/2022 | Violet Financial Solutions, Inc. | Social Security Administration- 2020 W2s | $ 360.00 | 11/22/2022 | Awaitng court approval |
| | | | $ 22,143.83 | | |

## EXHIBIT F

| Debtors | Amount | Due Date |
|---|---|---|
| Kachi Energy Inc. | $ 6,962,911.60 | 8/26/2022 |
| Kachi Energy Inc. | $ 7,500.00 | 7/13/2022 |
| Dukane Precast LLC | $ 579,950.30 | 12/27/2018 |
| Acceptance and Delivery | $ 14,000.00 | 12/5/2022 |
| | $ 7,564,361.90 | |

9:51 AM

12/16/22

# DIP WCP Solar Services LLC
## Statement of Cash Flows
### November 2022

| | Nov 22 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -23,996.59 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | 14,000.00 |
| 20000 · Accounts Payable | 21,299.87 |
| 21100 · Payroll Tax Liabilities:21101 · Federal 941 | -12,587.12 |
| 21100 · Payroll Tax Liabilities:21102 · State 941 | -2,262.97 |
| 21100 · Payroll Tax Liabilities:21103 · Federal 940 | 0.38 |
| 21100 · Payroll Tax Liabilities:21104 · State Unemployment | -545.22 |
| 24000 · Payroll Deductions:24002 · ADP 401K | 161.54 |
| **Net cash provided by Operating Activities** | -3,930.11 |
| **Net cash increase for period** | -3,930.11 |
| **Cash at beginning of period** | 4,964.23 |
| **Cash at end of period** | 1,034.12 |

9:50 AM

12/16/22
Accrual Basis

# DIP WCP Solar Services LLC
## Profit & Loss
### November 2022

|  | Nov 22 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **43000 · Lighting** |  |
| 43001 · Commercial | 12,531.00 |
| **Total 43000 · Lighting** | 12,531.00 |
| **Total Income** | 12,531.00 |
| **Cost of Goods Sold** |  |
| **50000 · Cost of Goods Sold** |  |
| **50300 · Total Direct Labor and Material** |  |
| 50301 · Direct Labor- PW | 0.00 |
| 50302 · Direct Labor- Non PW | 5,384.00 |
| **Total 50300 · Total Direct Labor and Material** | 5,384.00 |
| **Total 50000 · Cost of Goods Sold** | 5,384.00 |
| 51900 · Other Construction Costs | 1,521.55 |
| **53600 · Subcontractors Expense** |  |
| 53602 · Electrical Installation | 13,115.00 |
| **Total 53600 · Subcontractors Expense** | 13,115.00 |
| **Total COGS** | 20,020.55 |
| **Gross Profit** | -7,489.55 |
| **Expense** |  |
| **60100 · Auto and Truck Expenses** |  |
| 60105 · Lease Expense | 287.65 |
| **Total 60100 · Auto and Truck Expenses** | 287.65 |
| 60400 · Bank Service Charges | 142.38 |
| **62000 · Computer and Internet Expenses** |  |
| 62001 · Software | 793.64 |
| 62002 · Ink | 20.18 |
| 62004 · Website | 99.00 |
| 62005 · Internet | 588.93 |
| **Total 62000 · Computer and Internet Expenses** | 1,501.75 |
| **63300 · Insurance Expense** |  |
| 63302 · Auto | 1,461.11 |
| **Total 63300 · Insurance Expense** | 1,461.11 |
| 63600 · Janitorial Expenses | 138.55 |
| 64000 · Marketing Expenses | 55.24 |
| **64900 · Office Expenses** |  |
| 64901 · Office Supplies | -55.24 |
| **Total 64900 · Office Expenses** | -55.24 |
| **66000 · Personnel Expenses** |  |
| 66001 · Payroll Expenses | 62.50 |
| 66003 · Health Insurance | 1,989.77 |
| 66009 · Payroll Taxes | 420.44 |
| **Total 66000 · Personnel Expenses** | 2,472.71 |
| **66700 · Professional Fees** |  |
| 66701 · Accounting and Tax Services | 1,560.00 |
| 66703 · Legal Services | 70.00 |
| **Total 66700 · Professional Fees** | 1,630.00 |
| 67100 · Rent Expense | 7,202.02 |
| 68100 · Telephone Expense | 440.14 |
| 68200 · Tools and Small Equipment | 46.52 |

9:50 AM

12/16/22

Accrual Basis

## DIP WCP Solar Services LLC
## Profit & Loss
### November 2022

|  | Nov 22 |
|---|---|
| **68300 · Travel Expenses** |  |
| 68304 · Gas | 470.35 |
| **Total 68300 · Travel Expenses** | 470.35 |
| **68500 · Uncategorized Expense** | 0.00 |
| **68600 · Utilities** |  |
| 68601 · Electricity | 560.35 |
| 68602 · Water | 153.51 |
| **Total 68600 · Utilities** | 713.86 |
| **Total Expense** | 16,507.04 |
| **Net Ordinary Income** | -23,996.59 |
| **Net Income** | **-23,996.59** |

11:43 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14530 · Harlem 9th Grade (525), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5.17 |
| Cleared Balance | | | | | | 5.17 |
| Register Balance as of 11/30/2022 | | | | | | 5.17 |
| **Ending Balance** | | | | | | **5.17** |

**BANK OF AMERICA**

2004

MAGUIRE INSURANCE AGENCY INC
EWING NJ   08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE IL   60563
SUB-ACCOUNT NUMBER:

STATEMENT PERIOD  11-01-2022 TO 11-30-2022      PAGE      1

|  | ACCOUNT ACTIVITY | | | |
| --- | --- | --- | --- | --- |
| DATE | TRANSACTION DESCRIPTION | CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
| 11-01-2022 | OPENING BALANCE | | | 5.17 |
|  | CURRENT BALANCE | | | 5.17 |
|  | STATEMENT SUMMARY RECAP: | | | |
|  | 0 CREDITS | 0.00 | | |
|  | 0 DEBITS | 0.00 | | |
|  | INTEREST YEAR-TO-DATE: | 0.00 | | |

11:39 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14521 · Harlem Olson (526), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 257.61 |
| Cleared Balance | | | | | | 257.61 |
| Register Balance as of 11/30/2022 | | | | | | 257.61 |
| **Ending Balance** | | | | | | **257.61** |

# BANK OF AMERICA

2004

```
MAGUIRE INSURANCE AGENCY INC
EWING  NJ   08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE  IL    60563
SUB-ACCOUNT NUMBER:              6          STATEMENT PERIOD  11-01-2022 TO 11-30-2022       PAGE      1
```

| DATE | TRANSACTION DESCRIPTION | ACCOUNT ACTIVITY CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
|------|------------------------|-------------------------------|--------------|---------|
| 11-01-2022 | OPENING BALANCE | | | 257.61 |
| | CURRENT BALANCE | | | 257.61 |
| | STATEMENT SUMMARY RECAP: | | | |
| | 0 CREDITS | 0.00 | | |
| | 0 DEBITS | 0.00 | | |
| | INTEREST YEAR-TO-DATE: | 0.00 | | |

11:42 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14529 · Harlem Machesney (527), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 13.94 |
| Cleared Balance | | | | | | 13.94 |
| Register Balance as of 11/30/2022 | | | | | | 13.94 |
| **Ending Balance** | | | | | | **13.94** |



2004

```
MAGUIRE INSURANCE AGENCY INC
EWING  NJ    08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE  IL    60563
SUB-ACCOUNT NUMBER:           7            STATEMENT PERIOD  11-01-2022 TO 11-30-2022        PAGE      1
```

| | | ACCOUNT ACTIVITY | | |
|---|---|---|---|---|
| DATE | TRANSACTION DESCRIPTION | CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
| 11-01-2022 | OPENING BALANCE | | | 13.94 |
| | CURRENT BALANCE | | | 13.94 |
| | STATEMENT SUMMARY RECAP: | | | |
| | 0 CREDITS | 0.00 | | |
| | 0 DEBITS | 0.00 | | |
| | INTEREST YEAR-TO-DATE: | 0.00 | | |

11:42 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14528 · Morraine Valley (528), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.10 |
| Cleared Balance | | | | | | 0.10 |
| Register Balance as of 11/30/2022 | | | | | | 0.10 |
| **Ending Balance** | | | | | | **0.10** |

**BANK OF AMERICA**

:004

MAGUIRE INSURANCE AGENCY INC
EWING  NJ    08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE   IL     60563
SUB-ACCOUNT NUMBER:                    :8            STATEMENT PERIOD  11-01-2022 TO 11-30-2022         PAGE      1

| DATE | TRANSACTION DESCRIPTION | ACCOUNT ACTIVITY | CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
|------|------------------------|------------------|---------------|--------------|---------|
| 11-01-2022 | OPENING BALANCE | | | | 0.10 |
| | CURRENT BALANCE | | | | 0.10 |
| | STATEMENT SUMMARY RECAP: | | | | |
| | 0 CREDITS | | 0.00 | | |
| | 0 DEBITS | | 0.00 | | |
| | INTEREST YEAR-TO-DATE: | | 0.00 | | |

11:41 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14526 · Mundelein Lincoln (529), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.01 |
| Cleared Balance | | | | | | 0.01 |
| Register Balance as of 11/30/2022 | | | | | | 0.01 |
| **Ending Balance** | | | | | | 0.01 |

# BANK OF AMERICA

MAGUIRE INSURANCE AGENCY INC
EWING  NJ    08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE  IL     60563

2004

SUB-ACCOUNT NUMBER:            9        STATEMENT PERIOD  11-01-2022 TO 11-30-2022      PAGE        1

| DATE | TRANSACTION DESCRIPTION | ACCOUNT ACTIVITY | CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
|------|------------------------|------------------|---------------|--------------|---------|
| 11-01-2022 | OPENING BALANCE | | | | 0.01 |
| | CURRENT BALANCE | | | | 0.01 |
| | STATEMENT SUMMARY RECAP: | | | | |
| | 0 CREDITS | | 0.00 | | |
| | 0 DEBITS | | 0.00 | | |
| | INTEREST YEAR-TO-DATE: | | 0.00 | | |

11:41 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14525 · Mundelein Washington (530), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 246.07 |
| Cleared Balance | | | | | | 246.07 |
| Register Balance as of 11/30/2022 | | | | | | 246.07 |
| **Ending Balance** | | | | | | **246.07** |

**BANK OF AMERICA**

2004

MAGUIRE INSURANCE AGENCY INC
EWING  NJ   08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE  IL    60563
SUB-ACCOUNT NUMBER:              0          STATEMENT PERIOD  11-01-2022 TO 11-30-2022     PAGE       1

| | | ACCOUNT ACTIVITY | | |
| DATE | TRANSACTION DESCRIPTION | CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
| --- | --- | --- | --- | --- |
| | | | | 246.07 |
| 11-01-2022 | OPENING BALANCE | | | 246.07 |
| | CURRENT BALANCE | | | |
| | STATEMENT SUMMARY RECAP: | | | |
| | 0 CREDITS | 0.00 | | |
| | 0 DEBITS | 0.00 | | |
| | INTEREST YEAR-TO-DATE: | 0.00 | | |

11:40 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14524 · Mundelein Carl Sandburg (531), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 39.15 |
| Cleared Balance | | | | | | 39.15 |
| Register Balance as of 11/30/2022 | | | | | | 39.15 |
| **Ending Balance** | | | | | | **39.15** |


**BANK OF AMERICA**

2004

```
MAGUIRE INSURANCE AGENCY INC
EWING  NJ    08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE  IL    60563
SUB-ACCOUNT NUMBER:                    1         STATEMENT PERIOD  11-01-2022 TO 11-30-2022        PAGE       1
```

| DATE | TRANSACTION DESCRIPTION | CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
|------|------------------------|---------------|--------------|---------|
| | ACCOUNT ACTIVITY | | | |
| 11-01-2022 | OPENING BALANCE | | | 39.15 |
| | CURRENT BALANCE | | | 39.15 |
| | STATEMENT SUMMARY RECAP: | | | |
| | 0 CREDITS | 0.00 | | |
| | 0 DEBITS | 0.00 | | |
| | INTEREST YEAR-TO-DATE: | 0.00 | | |

11:43 AM

12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14531 · Prairie State College (533), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.27 |
| Cleared Balance | | | | | | 0.27 |
| Register Balance as of 11/30/2022 | | | | | | 0.27 |
| **Ending Balance** | | | | | | **0.27** |



MAGUIRE INSURANCE AGENCY INC                                                                    2004
EWING NJ   08628
WCP SOLAR SERVICES LLC
1057 SHORE RD
NAPERVILLE   IL   60563
SUB-ACCOUNT NUMBER:              3              STATEMENT PERIOD  11-01-2022 TO 11-30-2022        PAGE      1

| | | ACCOUNT ACTIVITY | | |
|---|---|---|---|---|
| DATE | TRANSACTION DESCRIPTION | CREDIT AMOUNT | DEBIT AMOUNT | BALANCE |
| 11-01-2022 | OPENING BALANCE | | | 0.27 |
| | CURRENT BALANCE | | | 0.27 |
| | STATEMENT SUMMARY RECAP: | | | |
| | 0 CREDITS | 0.00 | | |
| | 0 DEBITS | 0.00 | | |
| | INTEREST YEAR-TO-DATE: | 0.00 | | |

11:09 AM

12/14/22

## DIP WCP Solar Services LLC
## Reconciliation Detail
### 14100 · Chase Bank Checking 6706, Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,142.13 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 11/01/2022 | | Chase Auto Finance | X | -302.03 | -302.03 |
| Check | 11/01/2022 | | Energy Circle LLC. | X | -99.00 | -401.03 |
| Check | 11/03/2022 | | | X | -95.00 | -496.03 |
| Bill Pmt -Check | 11/04/2022 | 1142 | Shandong Properties ... | X | -7,202.02 | -7,698.05 |
| Bill Pmt -Check | 11/04/2022 | | BCBS of Illinois | X | -1,989.77 | -9,687.82 |
| Bill Pmt -Check | 11/18/2022 | | Auto-Owners Insuran... | X | -1,461.11 | -11,148.93 |
| Bill Pmt -Check | 11/18/2022 | | AT&T | X | -440.14 | -11,589.07 |
| Bill Pmt -Check | 11/22/2022 | 1143 | WCP Solar Services ... | X | -1,000.00 | -12,589.07 |
| Total Checks and Payments | | | | | -12,589.07 | -12,589.07 |
| **Deposits and Credits - 1 item** | | | | | | |
| Payment | 11/02/2022 | | Acceptance and Deliv... | X | 14,000.00 | 14,000.00 |
| Total Deposits and Credits | | | | | 14,000.00 | 14,000.00 |
| Total Cleared Transactions | | | | | 1,410.93 | 1,410.93 |
| **Cleared Balance** | | | | | 1,410.93 | 3,553.06 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Paycheck | 11/04/2022 | 1148 | Kenneth J Vojtik Jr. | | -1,961.87 | -1,961.87 |
| Total Checks and Payments | | | | | -1,961.87 | -1,961.87 |
| Total Uncleared Transactions | | | | | -1,961.87 | -1,961.87 |
| **Register Balance as of 11/30/2022** | | | | | -550.94 | 1,591.19 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 12/01/2022 | | Energy Circle LLC. | | -99.00 | -99.00 |
| Bill Pmt -Check | 12/02/2022 | 1145 | WCP Solar Services ... | | -1,500.00 | -1,599.00 |
| Paycheck | 12/02/2022 | 1144 | Ferris S Heyward | | -57.72 | -1,656.72 |
| Bill Pmt -Check | 12/05/2022 | 1147 | Shandong Properties ... | | -7,202.02 | -8,858.74 |
| Bill Pmt -Check | 12/05/2022 | 1146 | Shandong Properties ... | | -318.73 | -9,177.47 |
| Check | 12/05/2022 | | | | -95.00 | -9,272.47 |
| Bill Pmt -Check | 12/13/2022 | | BCBS of Illinois | | -1,989.77 | -11,262.24 |
| Bill Pmt -Check | 12/13/2022 | | Chase Auto Finance | | -500.00 | -11,762.24 |
| Bill Pmt -Check | 12/13/2022 | | ComEd | | -258.06 | -12,020.30 |
| Bill Pmt -Check | 12/14/2022 | | AT&T | | -385.22 | -12,405.52 |
| Bill Pmt -Check | 12/14/2022 | | Groot, Inc. | | -138.44 | -12,543.96 |
| Total Checks and Payments | | | | | -12,543.96 | -12,543.96 |
| **Deposits and Credits - 1 item** | | | | | | |
| Payment | 12/13/2022 | 32299... | Acceptance and Deliv... | | 14,000.00 | 14,000.00 |
| Total Deposits and Credits | | | | | 14,000.00 | 14,000.00 |
| Total New Transactions | | | | | 1,456.04 | 1,456.04 |
| **Ending Balance** | | | | | **905.10** | **3,047.23** |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022

Account Number:             **6706**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00009169 DRE 111 212 33722 NNNNNNNNNNN  1 000000000 D2 0000

WCP SOLAR SERVICES, LLC
1057 SHORE RD
NAPERVILLE IL 60563-8758

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,142.13** |
| Deposits and Additions | 1 | 14,000.00 |
| Checks Paid | 2 | -8,202.02 |
| Electronic Withdrawals | 5 | -4,292.05 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **9** | **$3,553.06** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | Book Transfer Credit B/O: Acceptance And Delivery Inc. Palos Hills IL 60465-1616 US Trn: 3378752306Es | $14,000.00 |
| **Total Deposits and Additions** | | **$14,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1142  ^ | | 11/09 | $7,202.02 |
| 1143  ^ | | 11/23 | 1,000.00 |
| **Total Checks Paid** | | | **$8,202.02** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



November 01, 2022 through November 30, 2022

Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | 11/01 Online Payment 15686377838 To Ally 14C1 | $302.03 |
| 11/02 | Orig CO Name:Energy Circle        Orig ID:4270465600 Desc Date:        CO Entry Descr:Energy Cirsec:CCD   Trace#:1110CC21808700 Eed:221102   Ind ID:St-F5L3Z2I6S3VC Ind Name:Wcp Solar Services LLC Trn: 30618C87CCTc | 99.00 |
| 11/07 | Orig CO Name:Health Care Serv     Orig ID:30CCC27465 Desc Date:110722 CO Entry Descr:Obppaymt  Sec:CCD   Trace#:C430CC268872334 Eed:2211C7   Ind ID:771469464S Ind Name:Wcp Solar Services LLC Trn: 31188723340 | 1,989.77 |
| 11/21 | Orig CO Name:Att            Orig ID:9864C31CC5 Desc Date:111822 CO Entry Descr:Payment  Sec:Web   Trace#:C311CC2C409983C Eed:221121   Ind ID:589128CC2MywsD        Ind Name:Leila Walters Trn: 3254C9983CTc | 440.14 |
| 11/22 | Orig CO Name:Auto-Owners       Orig ID:138C31528C Desc Date:Nov 22 CO Entry Descr:Ins. Prem Sec:PPD   Trace#:C72CCC9166C8533 Eed:221122   Ind ID: Ind Name:Wcp Solar Services LLC Trn: 32666C8533Tc | 1,461.11 |
| **Total Electronic Withdrawals** | | **$4,292.05** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/03 | Service Charges For The Month of October | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/01 | $1,840.10 |
| 11/02 | 15,741.10 |
| 11/03 | 15,646.10 |
| 11/07 | 13,656.33 |
| 11/09 | 6,454.31 |
| 11/21 | 6,014.17 |
| 11/22 | 4,553.06 |
| 11/23 | 3,553.06 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 12/5/22 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 7 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 12/5/22)** | | | | | **$95.00** |



November 01, 2022 through November 30, 2022

Account Number:                    5706

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|---|
| **ACCOUNT** | 5706 | | | | | |
| **Monthly Service Fee** | | | | | | |
| Monthly Service Fee | | 1 | | | | |
| **Other Service Charges:** | | | | | | |
| **Electronic Credits** | | | | | | |
| Electronic Credits | | 1 | | | | |
| **Credits** | | | | | | |
| Non-Electronic Transactions | | 7 | | | | |



### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



November 01, 2022 through November 30, 2022

Account Number:

This Page Intentionally Left Blank

11:26 AM
12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14200 · FNBO Checking 0873, Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,852.32 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 39 items** | | | | | | |
| Paycheck | 10/07/2022 | 5194 | Kenneth J Vojtik Jr. | X | -1,961.87 | -1,961.87 |
| Paycheck | 10/07/2022 | 5193 | Ferris S Heyward | X | -57.72 | -2,019.59 |
| Bill Pmt -Check | 10/31/2022 | | ADP Payroll | X | -161.54 | -2,181.13 |
| Check | 10/31/2022 | 37 | Secretary of State | X | -76.69 | -2,257.82 |
| Bill Pmt -Check | 11/01/2022 | | ComEd | X | -302.29 | -2,560.11 |
| Bill Pmt -Check | 11/01/2022 | | Comcast | X | -289.57 | -2,849.68 |
| Check | 11/01/2022 | | Google Suite | X | -200.00 | -3,049.68 |
| Bill Pmt -Check | 11/01/2022 | | City of Naperville | X | -72.27 | -3,121.95 |
| Check | 11/03/2022 | 38 | HP Instant Ink | X | -20.18 | -3,142.13 |
| Paycheck | 11/04/2022 | 5195 | Ferris S Heyward | X | -57.72 | -3,199.85 |
| Check | 11/07/2022 | 39 | BP | X | -45.18 | -3,245.03 |
| Check | 11/10/2022 | | Vista Print | X | -91.37 | -3,336.40 |
| Check | 11/10/2022 | | | X | -91.37 | -3,427.77 |
| Check | 11/10/2022 | | DropBox | X | -90.00 | -3,517.77 |
| Check | 11/10/2022 | | Vista Print | X | -71.18 | -3,588.95 |
| Check | 11/10/2022 | | Adobe | X | -58.43 | -3,647.38 |
| Check | 11/11/2022 | | Pipedrive | X | -59.90 | -3,707.28 |
| Check | 11/12/2022 | | PlaceIT | X | -89.69 | -3,796.97 |
| Check | 11/12/2022 | | The Home Depot | X | -82.52 | -3,879.49 |
| Check | 11/13/2022 | | Thorntons | X | -92.89 | -3,972.38 |
| Check | 11/14/2022 | 40 | Shell | X | -100.00 | -4,072.38 |
| Bill Pmt -Check | 11/15/2022 | | Comcast | X | -299.36 | -4,371.74 |
| Bill Pmt -Check | 11/15/2022 | | Groot, Inc. | X | -275.31 | -4,647.05 |
| Bill Pmt -Check | 11/16/2022 | 5197 | Pedro Love Paramo ... | X | -11,505.00 | -16,152.05 |
| Bill Pmt -Check | 11/16/2022 | | ADP Payroll | X | -161.54 | -16,313.59 |
| Check | 11/21/2022 | | Intuit Quick Books | X | -279.69 | -16,593.28 |
| Check | 11/21/2022 | | | X | -73.98 | -16,667.26 |
| Check | 11/21/2022 | | Guitar Center | X | -46.52 | -16,713.78 |
| Check | 11/21/2022 | | Menards | X | -44.16 | -16,757.94 |
| Check | 11/22/2022 | | Shell | X | -88.02 | -16,845.96 |
| Check | 11/22/2022 | | | X | -33.00 | -16,878.96 |
| Check | 11/23/2022 | | Menards | X | -112.17 | -16,991.13 |
| Check | 11/25/2022 | | The Home Depot | X | -203.54 | -17,194.67 |
| Check | 11/25/2022 | | Menards | X | -28.00 | -17,222.67 |
| Check | 11/25/2022 | | Adobe | X | -15.93 | -17,238.60 |
| Check | 11/28/2022 | | The Home Depot | X | -151.16 | -17,389.76 |
| Check | 11/28/2022 | | Shell | X | -94.10 | -17,483.86 |
| Check | 11/28/2022 | | Menards | X | -45.70 | -17,529.56 |
| Check | 11/30/2022 | | Caseys | X | -50.16 | -17,579.72 |
| | | | Total Checks and Payments | | -17,579.72 | -17,579.72 |
| **Deposits and Credits - 6 items** | | | | | | |
| Check | 10/21/2022 | 5196 | | X | 0.00 | 0.00 |
| Deposit | 11/14/2022 | | | X | 71.18 | 71.18 |
| Deposit | 11/14/2022 | | | X | 91.37 | 162.55 |
| Payment | 11/14/2022 | 1006 | Energativ Solutions L... | X | 12,531.00 | 12,693.55 |
| Bill | 11/22/2022 | | WCP Solar Services ... | X | 1,000.00 | 13,693.55 |
| Deposit | 11/28/2022 | | | X | 211.05 | 13,904.60 |
| | | | Total Deposits and Credits | | 13,904.60 | 13,904.60 |
| | | | Total Cleared Transactions | | -3,675.12 | -3,675.12 |
| | | | Cleared Balance | | -3,675.12 | 2,177.20 |

11:26 AM
12/14/22

# DIP WCP Solar Services LLC
## Reconciliation Detail
### 14200 · FNBO Checking 0873, Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Paycheck | 10/21/2022 | 5198 | Kenneth J Vojtik Jr. | | -1,961.87 | -1,961.87 |
| Paycheck | 11/18/2022 | 5199 | Kenneth J Vojtik Jr. | | -1,961.87 | -3,923.74 |
| Total Checks and Payments | | | | | -3,923.74 | -3,923.74 |
| Total Uncleared Transactions | | | | | -3,923.74 | -3,923.74 |
| Register Balance as of 11/30/2022 | | | | | -7,598.86 | -1,746.54 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 12/02/2022 | | Google Suite | | -200.00 | -200.00 |
| Check | 12/02/2022 | | Delta Sonic | | -16.99 | -216.99 |
| Check | 12/02/2022 | | | | -12.99 | -229.98 |
| Check | 12/02/2022 | | Microsoft | | -10.00 | -239.98 |
| Check | 12/05/2022 | | HP Instant Ink | | -20.18 | -260.16 |
| Check | 12/08/2022 | | Discount Tire | | -557.46 | -817.62 |
| Check | 12/09/2022 | | Shell | | -90.89 | -908.51 |
| Check | 12/12/2022 | | DropBox | | -90.00 | -998.51 |
| Check | 12/12/2022 | | Pipedrive | | -59.90 | -1,058.41 |
| Check | 12/12/2022 | | Adobe | | -58.43 | -1,116.84 |
| Bill Pmt -Check | 12/13/2022 | | City of Naperville | | -81.24 | -1,198.08 |
| Check | 12/13/2022 | | Caseys | | -64.24 | -1,262.32 |
| Total Checks and Payments | | | | | -1,262.32 | -1,262.32 |
| **Deposits and Credits - 1 item** | | | | | | |
| Bill | 12/02/2022 | | WCP Solar Services ... | | 1,500.00 | 1,500.00 |
| Total Deposits and Credits | | | | | 1,500.00 | 1,500.00 |
| Total New Transactions | | | | | 237.68 | 237.68 |
| **Ending Balance** | | | | | **-7,361.18** | **-1,508.86** |



| Contact Information | |
|---|---|
| 📱 | 800.990.5713 |
| ✉ | fnbo.com |



Stop: 3118/20
1620 Dodge St
Omaha, NE 68197

Go Paperless!  eStatements are the secure, environmental way to manage your First National Bank accounts and best of all, they're free. find out more at fnbo.com

WCP SOLAR SERVICES, LLC
EVERTON WALTERS
1057 SHORE DRIVE
NAPERVILLE IL 60563

| STATEMENT SUMMARY | November 1, 2022 through November 30, 2022 | | |
|---|---|---|---|
| **Account Description** | **Account #** | **Beginning Balance** | **Ending Balance** |
| **Deposit Accounts** | | | |
| Free Business Checking | 0873 | 5,852.32 | 2,177.20 |
| | **Total on Deposit** | | **$2,177.20** |

**Fast. Simple. Safe.**
Receive quick access to your monthly statement with Paperless Statements. Past statements can easily be saved or printed when needed!

Log in and sign up today!



| Free Business Checking  xxxx0873 $2,177.20 | | Account Detail |
|---|---|---|
| Beginning Balance | $5,852.32 | Items Enclosed  0 |
| Total Deposits | 5 for $13,904.60 | |
| Total Withdrawals | 39 for $17,579.72 | |
| **Ending Balance** | **$2,177.20** | |

We have updated our Deposit Agreement to include additional details pertaining to current practices surrounding the availability of funds from check deposits when sending a wire. If a check is deposited, the funds cannot be sent via wire until collected from the paying bank. Funds are generally collected within 3 (three) business days. However, in some cases, additional time may be required to collect the funds.

Member FDIC 🏠

| Free Business Checking  xxxx0873  $2,177.20 | | | | Continued |
|---|---|---|---|---|

## Deposit Activity

| X | Date | Post Date | Description | | Amount |
|---|---|---|---|---|---|

### ELECTRONIC

| X | Date | Post Date | Description | | Amount |
|---|---|---|---|---|---|
| ☐ | 11/14 | 11/14 | 2235 Vistaprint      8662074955  M.A. | 22318001 | 91.37 |
| ☐ | 11/14 | 11/14 | 2235 Vistaprint      8662074955  M.A. | 22318002 | 71.18 |
| ☐ | 11/23 | 11/23 | 2235 6601 Rt 34 Oswego  Oswego      Il | 22327001 | 1,000.00 |
| | | | | **Total Electronic Deposits** | **$1,162.55** |

## Deposit Activity

| X | Date | Post Date | Description | | Amount |
|---|---|---|---|---|---|

### PAPER                                                 Deposit #

| X | Date | Post Date | Description | | Amount |
|---|---|---|---|---|---|
| ☐ | 11/14 | 11/14 | Customer Deposit | | 12,531.00 |
| ☐ | 11/28 | 11/28 | Customer Deposit | | 211.05 |
| | | | | **Total Paper Deposits** | **$12,742.05** |

## Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|---|---|---|---|

### ELECTRONIC

| X | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| ☐ | 10/31 | 11/01 | 2235 Ilsos Int Llc Ann Rp8667566041  IL | 76.69 |
| ☐ | 11/01 | 11/02 | 2235 Google*Gsuite Wcpsol650-2530000  CA | 200.00 |
| ☐ | 11/01 | 11/02 | 2235 Comed Payment      800-334-7661 IL | 302.29 |
| ☐ | 11/03 | 11/03 | City Of Napervil Citynap Ub 511497-5154 | 72.27 |
| ☐ | 11/03 | 11/03 | Adp 401K      Adp 401K  Rc443U110244W01 | 161.54 |
| ☐ | 11/03 | 11/03 | Comcast      Cable      5707684 | 289.57 |
| ☐ | 11/02 | 11/03 | 2235 Hp *Instant Ink    855-785-2777 CA | 20.18 |
| ☐ | 11/05 | 11/07 | 2235 Bp#9639139yorkville Yorkville    IL | 45.18 |
| ☐ | 11/09 | 11/10 | 2235 Adobe  *Creative Clo408-536-6000 CA | 58.43 |
| ☐ | 11/09 | 11/10 | 2235 Dropbox*Zyrf4qs3R8pvDropbox Com  CA | 90.00 |
| ☐ | 11/10 | 11/10 | 2235 Vistaprint      866-207-4955 MA | 91.37 |
| ☐ | 11/10 | 11/10 | 2235 Vistaprint      866-207-4955 MA | 71.18 |
| ☐ | 11/10 | 11/10 | 2235 Vistaprint      866-207-4955 MA | 91.37 |
| ☐ | 11/11 | 11/14 | 2235 Pipedrive Inc      Ny      NY | 59.90 |
| ☐ | 11/12 | 11/14 | 2235 Placeit Empowerkit 415-937-1163 CA | 89.69 |
| ☐ | 11/12 | 11/14 | 2235 The Home Depot 6887 Yorkville    IL | 82.52 |
| ☐ | 11/13 | 11/14 | 2235 Thorntons #0125 #012Aurora      IL | 92.89 |
| ☐ | 11/14 | 11/14 | 2235 Shell Service StatioElmhurst    IL | 100.00 |
| ☐ | 11/17 | 11/17 | Waste Connection Web_Pay  *****859111522 | 275.31 |
| ☐ | 11/17 | 11/17 | Comcast      Cable      8823882 | 299.36 |
| ☐ | 11/21 | 11/21 | Adp 401K      Adp 401K  Rc443U111847W01 | 161.54 |
| ☐ | 11/17 | 11/21 | 2235 Menards Naperville INaperville  IL | 44.16 |
| ☐ | 11/18 | 11/21 | 2235 Guitar Center #361  Aurora      IL | 46.52 |
| ☐ | 11/19 | 11/21 | 2235 Intuit *Quickbooks  C. L. , Co XxCA | 279.69 |
| ☐ | 11/20 | 11/21 | 2235 Multitracks.Com    512-535-1172 TX | 73.98 |
| ☐ | 11/20 | 11/22 | 2235 Shell Oil 5744518020Aurora      IL | 88.02 |
| ☐ | 11/22 | 11/22 | Return Item Fee(S) | 33.00 |
| ☐ | 11/23 | 11/23 | 2235 Mnrd-Montgomery 1200Montgomery  IL | 112.17 |
| ☐ | 11/22 | 11/25 | 2235 The Home Depot 1975 Oswego      IL | 203.54 |

| Free Business Checking xxxx0873 $2,177,20 | | | Continued |
|---|---|---|---|

### Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| **ELECTRONIC** | | | | |
| ☐ | 11/23 | 11/25 | 2235 Menards Naperville INaperville  IL | 28,00 |
| ☐ | 11/24 | 11/25 | 2235 Adobe *Acropro Subs408-536-6000 CA | 15,93 |
| ☐ | 11/25 | 11/28 | 2235 Shell Oil 5744518020Aurora       IL | 94,10 |
| ☐ | 11/26 | 11/28 | 2235 The Home Depot 6887 Yorkville    IL | 151.16 |
| ☐ | 11/27 | 11/28 | 2235 Mnrd-Yorkville 1800 Yorkville   IL | 45,70 |
| ☐ | 11/28 | 11/30 | 2235 Caseys #6546      Oswego     IL | 50,16 |
| | | | **Total Electronic Withdrawals** | **$3,997.41** |

### Withdrawal Activity

| X | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| **PAPER** | | | | |
| ☐ | 11/01 | 11/01 | Check Image Check # 5194 | 1,961.87 |
| ☐ | 11/03 | 11/03 | Check Image Check # 5193 | 57,72 |
| ☐ | 11/14 | 11/14 | Check Image Check # 5195 | 57,72 |
| ☐ | 11/17 | 11/17 | Check Image Check # 5197 | 11,505,00 |
| | | | **Total Paper Withdrawals** | **$13,582,31** |

### Returned Item and Overdraft Fees

| | **Total for This Period** | **Total Year-to-Date** |
|---|---|---|
| Total Returned Item Fees | 33.00 | 33.00 |
| Total Overdraft Fees | 0,00 | 33,00 |

### Balancing Checklist

| X | Check # | Date | Amount | X | Check # | Date | Amount | X | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 5193 | 11/03 | 57,72 | ☐ | 5195 | 11/14 | 57,72 | ☐ | 5197 | 11/17 | 11,505,00 |
| ☐ | 5194 | 11/01 | 1,961,87 | | | | | | | | |

**CONTACT INFORMATION**
Telephone us at: (800) 990-5713
Write us at: First National Bank of Omaha
Customer Care Center
1620 Dodge St. Stop 3095
Omaha, NE 68197-3095

Visit us at: fnbo.com

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together.  The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate.  The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits.  All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement.  This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error.  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above.  In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.  You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

### PAYMENT REQUIREMENTS

*PAYMENTS MADE IN PERSON OR BY MAIL*: Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon or in the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.

11:35 AM

12/14/22

## DIP WCP Solar Services LLC
## Reconciliation Detail
### 14400 · Lakeside Bank 5764, Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 46.65 |
| Cleared Balance | | | | | | 46.65 |
| Register Balance as of 11/30/2022 | | | | | | 46.65 |
| **Ending Balance** | | | | | | **46.65** |